✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF _____MASSACHUSETTS_____

| UNITED STATES<br>V.<br>JUAN RIVERA<br>ALEXANDER GONZALEZ | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  04-861-MBB |
|---|---|

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>GLENN MACKINLEY | DEFENDANT'S ATTORNEY<br>P. GARRITY, C. MCGINTY |
|---|---|---|
| TRIAL DATE (S)<br>7/20/04, 7/22/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/20/04 | | | SP. AGENT PAUL GAZZARA |
| 1 | | 7/20/04 | X | X | AFFIDAVIT |
| | | 7/22/04 | | | SP. AGENT PAUL GAZZARA |
| | | 7/22/04 | | | EDWARD GONZALEZ (called by McGinty) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.