# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                            CR. NO. 04-10271-PBS

JUAN RIVERA
ALEXANDER GONZALEZ

## *NOTICE*

September 14, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for **arraignment at 10:30 a.m., Wednesday, September 22, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                /s/
                                         **MARIANNE B. BOWLER**
                                         Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD

**\* PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**