UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 04-10271 -PBS
)
JUAN RIVERA, )
)
a/k/a "Pedro" )

FILED
IN CLERKS OFFICE
2004 SEP 22 P 2:59
U.S. DISTRICT COURT
DISTRICT OF MASS

**INFORMATION**

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant JUAN RIVERA, a/k/a Pedro, the government will seek increased punishment by reason of the following criminal convictions:

1. Lynn District Court docket number 9413 CR 6838; Possession of a Class A Substance with Intent to Distribute, count C; date of offense 10/6/94; date of conviction 8/22/95;

2. Lynn District Court docket number 9413 CR 1826; Possession of a Class A Substance with Intent to Distribute (2 counts; A, and B); Conspiracy to Violate the Controlled Substance Act, count C; date of offense 3/17/94; date of conviction 10/3/94.

The convictions are further described in the attached copies of records of the Lynn District Court, Criminal Clerk's Office which are incorporated herein.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: GLENN A. MACKINLAY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by handing it to the following counsel:

Paul J. Garrity, 14 Londonderry Road,
Londonderry, N.H. 03053

This 22nd day of September, 2004.

Glenn A. Mackinlay
GLENN A. MACKINLAY

DOCKET 9413 CR 5833

| COURT DIVISION | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | ATTORNEY NAME |
|---|---|---|
| Lynn | Juan Rivera<br>22 Whittier St<br>Lynn, Ma.<br>2000.00 CASH JARASITIS 6-1-95<br>☒ BAIL WARNING | ☐ Waived ☐ Retained ☒ Assigned |

TERMS OF RELEASE: 1000 Cash 10000 Bond

| DATE | PROCEEDING |
|---|---|
| 10 7 94 | ☐ Arraigned before J. Bailey |
| | ☐ Advised of right to counsel |
| | ☐ Advised of right to drug exam |
| 10 7 94 | ☐ Advised of right to bail review |
| | ☐ Advised of right to F.I. Jury Trial |
| 11-4-94 | ☐ Waives ☐ Requests F.I. Jury Trial |
| | ☐ Advised of alien rights |
| 1-5-95 | ☐ Warrant issued ☐ Default warrant issued |
| 6-1-95 | ☐ Default removed ☐ Warrant recalled |
| 6/28/95 | ☐ Warrant issued ☒ Default warrant issued |
| 8/28/95 | ☒ Default removed ☐ Warrant recalled |

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 4/10/72 hisp/m | 111,822,801,802b 02590542 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 10/6/94 | Lynn |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| John GEary | Lynn |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 10/7/94 | |

**COUNT-OFFENSE**: 3. OPERATING A MV WITHOUT A LICENSE C90 S10

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|
| | | | |

| DATE | PLEA / FINDING | JUDGE |
|---|---|---|
| 8 22 95 | ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts<br>FINDING: Dism'd | Jarasitis |
| | ☐ Cont. w/o finding until: | |
| | ☐ Appeal of find. & disp. | ☐ Appeal of disp. |

IMPRISONMENT AND OTHER DISPOSITION: Dism'd - req of Com assent of Δ

FORFEITED 6-1-95

FINAL DISPOSITION — ☐ Discharged from probation ☐ Dismissed at request of probation — DATE

485EA006 10/31/94BAIL 1000.00 JARASITIS

**COUNT-OFFENSE**: 4. ILLEGAL POSS. OF CLASS D SUBSTANCE C94C S34

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|
| | | | |

| DATE | PLEA / FINDING | JUDGE |
|---|---|---|
| 8 22 95 | ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts<br>FINDING: Dism'd | Jarasitis |
| | ☐ Cont. w/o finding until: | |
| | ☐ Appeal of find. & disp. | ☒ Appeal of disp. |

IMPRISONMENT AND OTHER DISPOSITION:

988BA006 06/21/95BAIL 2000.00

8-9-95 bail set to surety # 44 $2000.00

Dism'd - req of Com consent of Δ

FINAL DISPOSITION — ☐ Discharged from probation ☐ Dismissed at request of probation — DATE

**COUNT-OFFENSE**: 5. POSS. CLASS A SUB. W/INT. TO DISTRIB./MFG. C94C

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|
| | | | |

| DATE | PLEA / FINDING | JUDGE |
|---|---|---|
| 8 22 95 | ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☒ Admits suff. facts | |
| 8 22 95 | FINDING: G | Jarasitis |
| | ☐ Cont. w/o finding until: | |
| | ☐ Appeal of find. & disp. | ☐ Appeal of disp. |

IMPRISONMENT AND OTHER DISPOSITION: 2½ yrs HC comm'd - concurrent with sentence now serving credit 45 days

FINAL DISPOSITION — ☐ Discharged from probation ☐ Dismissed at request of probation — DATE

**COUNT-OFFENSE**: 6. POSS. W/I DIST. CONTR. SUB. W/I 1000 FT. SHCOOL

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|
| | | | |

| DATE | PLEA / FINDING | JUDGE |
|---|---|---|
| 8 22 95 | ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts<br>FINDING: Dism'd | Jarasitis |
| | ☐ Cont. w/o finding until: | |
| | ☐ Appeal of find. & disp. | ☐ Appeal of disp. |

IMPRISONMENT AND OTHER DISPOSITION: Dism'd - req of Com consent of Δ

FINAL DISPOSITION — ☐ Discharged from probation ☐ Dismissed at request of probation — DATE

AS ORDERED BY THE COURT, BAIL FORFEITED TO THE STATE SEE 8-9-95 $1000.00 CHECK

| CONT. TO | PURPOSE | CONT. TO | PURPOSE |
|---|---|---|---|
| 11-4-94 | PTH | 8 22 95 | T |
| 1-5-95 | T | | |
| 6-28-95 | T | | |
| 8/9/95 | T | | |

| DATE | TAPE NO. | START | STOP |
|---|---|---|---|
| | | | |

TRUE COPY ATTEST

[signature]

CLERK MAGISTRATE

DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

11-4-94 ✓ PPd

5-95 (T) + MLS dis

7/11/95
Defaulted
Brought Back 7/11/95

6/28/95 (R)

7/8/95 (Habe)

6/29/95
HABED FROM Middleton
HABED FOR 8/8/95

8/9/95 Bail on pg 158 returned to Surety ck #4465 $2000.00 JH

8.22.95 (C)

HABED FROM Middleton
HABED FOR 8.22.95

com 8.22.95

8-22-95 Commi. Closed

8/24/95 Motion Filed to Revise & Revoke (No Return Date indicated as of this Date)

8/19/95 BAIL RETURNED

94 — 13 [illegible] FORFEITED
94 [illegible] See Bail Pg 158 $2000.00

ORDERED BY THE COURT, BAIL
FORFEITED TO THE STATE SEE 8-21-96
CHECK # 5926 $ 1000.00

DOCKET 9413 CR 1826

COURT DIVISION: Lynn

ATTORNEY NAME: ☐ Waived ☐ Retained ☐ Assigned — SHUTZER (5 PLEAS 6-1-95)

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Juan Rivera
93 Green Street
Lynn, Ma.
(444 Essex Street 2L)

TERMS OF RELEASE: 2000. cash ☑ BAIL WARNING

| DATE | PROCEEDING |
|---|---|
| 3/18/94 | ☑ Arraigned before J. KLUBOCK |
| | ☑ Advised of right to counsel |
| | ☐ Advised of right to drug exam |
| | ☐ Advised of right to bail review |
| 10 3 94 | ☑ Advised of right to F.I. Jury Trial |
| | ☑ Waives ☐ Requests F.I. Jury Trial |
| | ☐ Advised of alien rights |
| 1 5 95 | ☐ Warrant issued ☑ Default warrant issued |
| 5-1-95 | ☑ Default removed ☑ Warrant recalled |
| 6/28/95 | ☐ Warrant issued ☒ Default warrant issued |
| 6/28/95 | ☒ Default removed ☑ Warrant recalled |

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 4/10/72 | 801,802,832,802a 590458181 h/m |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 3/17/94 | Lynn |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Alan C. Zani Frank Gallo/ | State PD/Task Force |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| 3/18/94 | Report #94/4367 |

**COUNT-OFFENSE**
**a.POSS. CLASS A SUB. W/INT. TO DISTRIB./MFG. C94C S32**

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|
| | | 50 | 50 |

DATE: 10 3 94
PLEA: ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☑ Admits suff. facts
FINDING: G JUDGE: Gailey
☐ Cont. w/o finding until:
☐ Appeal of find. & disp. ☐ Appeal of disp.

IMPRISONMENT AND OTHER DISPOSITION: 6 mo HC sus 10.3.96

FINAL DISPOSITION ☐ Discharged from probation ☐ Dismissed at request of probation DATE

**COUNT-OFFENSE**
**b.POSS.CLASS B SUB. W/INT.TO DISTRIB C94C S32A**

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|
| | | | |

DATE:
PLEA: ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☑ Admits suff. facts
FINDING: G JUDGE: Gailey
☐ Cont. w/o finding until:
☐ Appeal of find. & disp. ☐ Appeal of disp.

IMPRISONMENT AND OTHER DISPOSITION: 6 mo HC sus 10.3.96
9886A006 06/21/95BA... 2000.0
8-9-95 bail ret surety #4464

FINAL DISPOSITION ☐ Discharged from probation ☐ Dismissed at request of probation DATE 2000.00

**COUNT-OFFENSE**
**c.CONSPIRACY TO VIOLATE CONTR. SUB. LAWS C94C S40**

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|
| | | | |

DATE:
PLEA: ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☑ Admits suff. facts
FINDING: G JUDGE: Gailey
☐ Cont. w/o finding until:
☐ Appeal of find. & disp. ☐ Appeal of disp.

IMPRISONMENT AND OTHER DISPOSITION: 6 mo HC sus 10.3.96

FINAL DISPOSITION ☐ Discharged from probation ☐ Dismissed at request of probation DATE

**COUNT-OFFENSE**
**d.MFG/DIST.CONTR.SUB.W/I,1000 FT.OF SCHOOL C94C.S32J.**

| FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|
| | | | |

DATE:
PLEA: ☐ Not Guilty ☐ Guilty ☐ Nolo ☐ New Plea: ☐ Admits suff. facts
FINDING: Dism'd JUDGE: Gailey
☐ Cont. w/o finding until:
☐ Appeal of find. & disp. ☐ Appeal of disp.

IMPRISONMENT AND OTHER DISPOSITION: Dism'd - req of Com consent of D

FINAL DISPOSITION ☐ Discharged from probation ☐ Dismissed at request of probation DATE

| CONT. TO | PURPOSE | CONT. TO | PURPOSE |
|---|---|---|---|
| 4-12-94 | PTC | 10 3 94 | pub |
| 4-29-94 | PTC | 11-4-94 | RCP |
| 6 30 94 | M/S | 1-5-95 | WP |
| 8-16-94 | M/S | 6-28-95 | S-H |
| 10 3 94 | (F) 96 | | |

| DATE | TAPE NO. | START | STOP |
|---|---|---|---|
| | | | |

TRUE COPY ATTEST
[signature]
CLERK MAGISTRATE
DISTRICT COURT OF SOUTHERN ESSEX
580 ESSEX STREET
LYNN, MASSACHUSETTS 01901

☐ SEE REVERSE SIDE FOR DOCKET ENTRIES OF MOTIONS, CASE NOTES AND OTHER ACTIONS

| DATE | DOCKET ENTRIES |
| --- | --- |
| JUN 28 1995 | After hearing, finding violated terms of probation, probation revoked, Commit to MCI 14/C Ex of sentence stayed 7/6/95 (Dever) |

4.12.94 P/C

4.29-94 PTR

6.30 94 M/S

8-16-94 M/S

10.3.94 (T) V06 ✓

10 3 94 pml

11-4-94 vcp ✓

1-5-95 VC def

8/9/95 BAIL RETURNED

1/11/95

4/4/95

6/28/95 SA

Counsel & officer has mitt

• 7-6-95 Committed - closed

8/9/95 Bail returned to Surety ck # 4464 $2000.00 JM

TRUE COPY ATTEST

[signature]

CLERK MAGISTRATE

DISTRICT COURT OF SOUTHERN ESSEX

580 ESSEX STREET

LYNN, MASSACHUSETTS 01901