UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.

JUAN RIVERA

NO. ~~1:04-00861-001~~ MBB

04-10271-PBS

## MOTION TO CONTINUE

NOW COMES the accused, Juan Rivera, by and through counsel, and hereby moves this Court to continue his November 3, 2004 status conference to December 3, December 9 (in the afternoon, December 16 (in the afternoon) or December 17, 2004.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on November 3, 2004 for a status conference.

2. However, the undersigned counsel commenced a U.S. District Court, District of New Hampshire trial on October 18, 2004 in the case of U.S. v. Trainor. Mr. Trainor's trial is expected to last until mid November.

3. That the accused is aware of the within Motion.

4. That the United States Attorney's Office assents to the within Motion.

5. That Attorney Charles McGinty assents to the within Motion.

6. That no Memorandum of Law is necessary.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Juan Rivera,
By his Attorney,

Date: 10-29-04

Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
(603)434-4106
No. 555976

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 29th day of October, 2004, a copy of the within was mailed, postage prepaid, to the United States Attorney's Office, Charles McGinty, Esquire and Juan Rivera.

Paul J. Garrity