UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )    Criminal No.: 04-10271-PBS
                            )
JUAN RIVERA, ET AL          )


      ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY

    The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay.  Defendant, Juan Rivera has filed a motion to continue the status conference this date.  The government respectfully requests that the Court issue an order that excludes the time from the arraignment of the defendants to the date of the Status Conference in December, 2004 under the Speedy Trial Act.  As reason therefore, the government states that the interests of justice are served because the case against the defendant may be resolved without a trial.  All parties assent to this motion.


                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            UNITED STATES ATTORNEY

            By:

                            S/ Glenn A. MacKinlay
                            GLENN A. MACKINLAY
                            Assistant U.S. Attorneys