

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

November 18, 2004

Charles McGinty, Esq.
Federal Defenders Office
408 Atlantic Avenue
Boston, MA 02110

    Re:   <u>United States v.  Rivera, et al.</u>
           <u>Criminal No.  04-10271-PBS</u>

Dear Mr. McGinty:

    This letter is in response to your continuing request of the government to produce a copy of all tapes and recordings in the case.  As I indicated in my discovery letter of October 22, 2004, the government produced a copy of the recordings to Apex Reporting.  You have raised for the first time, that you are volunteering to make a set of the recordings available for inspection and review by other counsel in the case at your office.  If co-defendant's counsel is agreeable to this arrangement, then send me a letter acknowledging this agreement.  I will then have Apex Reporting send the copy of the recordings in their possession to you.

    If you have any questions, please feel free to contact me.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                              United States Attorney

                By:

                              <u>/s/ Glenn A. MacKinlay</u>
                              GLENN A. MACKINLAY
                              Assistant U.S. Attorney

cc:  Dianalynn Saccoccio
     Clerk to the Honorable Chief
     Magistrate Judge Marianne B. Bowler