```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )   Criminal No.: 04-10271-PBS
                              )
JUAN RIVERA, et al.           )
```

ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay.  The government respectfully requests that the Court issue an order that excludes the time from the Initial Status Conference, December 3, 2004 to the date of the Interim Status Conference in January 13, 2005 under the Speedy Trial Act.  As reason therefore, the government states that the interests of justice are served because the case against the defendants may be resolved without a trial.  All parties assent to this motion.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         UNITED STATES ATTORNEY

                    By:

                         /s/ Glenn A.  MacKinlay
                         GLENN A. MACKINLAY
                         Assistant U.S. Attorney
```