UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
          v.                      )     Criminal No.: 04-10271-PBS
                                  )
JUAN RIVERA, et al.               )


ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay.  The government respectfully requests that the Court issue an order that excludes the time from the Interim Status Conference, January 13, 2005 to the date of the Final Status Conference on March 7, 2005 under the Speedy Trial Act.  As reason therefore, the government states that the interests of justice are served because the case against the defendants may be resolved without a trial.  All parties assent to this motion.


Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:

S/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney