```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No.: 04-10271-PBS |
| ) | |
| JUAN RIVERA, et al.  ) | |

### ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY
### FROM APRIL 13, 2005 TO JUNE 15, 2005

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay.  The government respectfully requests that the Court issue an order that excludes the time from the Interim Status Conference, April 13, 2005 to the date of the Final Status Conference on June 15, 2005 under the Speedy Trial Act.  As reason therefore, the government states that the interests of justice are served because the case against the defendants may be resolved without a trial.  All parties assent to this motion.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         UNITED STATES ATTORNEY


                    By:  S/ Glenn A. MacKinlay
                         GLENN A. MACKINLAY
                         Assistant U.S. Attorney
```