UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO. 04 CR 10271

V.

JUAN RIVERA

## ASSENTED TO MOTION TO CONTINUE

NOW COMES Juan Rivera, by and through counsel, and hereby moves this Court to continue his June 29, 2005 status conference for a period of sixty (60) days.

In support of this Motion, the accused states as follows:

1. That the accused is scheduled to appear in this Court on June 29, 2005 for a status conference.

2. However, the undersigned counsel commenced a homicide trial in the Hillsborough South Superior Court in Nashua, New Hampshire in the case of State v. William Sullivan. Mr. Sullivan's trial is expected to last four to six weeks.

3. In addition, the undersigned counsel has prepaid vacation plans to be out of State with his family from July 24 to August 7, 2005.

4. That the accused is aware of the within Motion.

5. That the undersigned counsel's office attempted to but was unable to ascertain the position of Assistant U.S. Attorney Glenn A. MacKinlay regarding this Motion., as he will be out of the office until Friday.

6. That no memorandum of law is necessary.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

        Respectfully submitted,
        Juan Rivera,
        By his Attorney,

Date:  June 21, 2005    /S/   Paul J. Garrity
        Paul J. Garrity
        14 Londonderry Road
        Londonderry, NH 03053
        (603)434-4l06
        Bar No. 555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 2lst day of June, 2005, a copy of the within was e mailed to the United States Attorney's Office and Juan Rivera.

        /S/   Paul J. Garrity
        Paul J. Garrity