```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 04-10271-PBS |
| | ) | |
| JUAN RIVERA, et al. | ) | |

ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY
FROM SEPTEMBER 8, 2005 TO OCTOBER 6, 2005

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay. The government respectfully requests that the Court issue an order that excludes the time from September 8, 2005 to the date of the Final Status Conference on October 6, 2005 under the Speedy Trial Act. As reason therefore, the government states that the interests of justice are served because the case against the defendants may be resolved without a trial. All parties assent to this motion.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         UNITED STATES ATTORNEY

              By:

                         S/ Glenn A. MacKinlay
                         GLENN A. MACKINLAY
                         Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing by efiling the document:

        All Counsel of Record

This 5th day of October, 2005.

                        S/ Glenn A. MacKinlay
                        GLENN A. MACKINLAY
                        ASSISTANT UNITED STATES ATTORNEY