```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )
          v.                )    Criminal No.: 04-10271-PBS
                            )
JUAN RIVERA, et al.         )

### GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, Juan Rivera, notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that Rivera be awarded a three-point reduction for acceptance of responsibility.

                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney


                             By:   S/ Glenn A. MacKinlay
                                   GLENN A. MACKINLAY
                                   Assistant U.S. Attorney

-1-

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by efiling and by mail:

    Paul Garrity, Esq.

    14 Londonderry Road

    Londonderry, N.H.  03053


This 9th day of January, 2006.


    S/ Glenn A. MacKinlay
    GLENN A. MACKINLAY
    ASSISTANT UNITED STATES ATTORNEY