UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        v.               )   Criminal No.: 04-10271-PBS
                         )
JUAN RIVERA, et al.      )

FILED
In Open Court
USDC, Mass.
Date 1-6-06
By ___

**MOTION TO SEAL**

The United States of America respectfully moves this Court to seal the plea agreement, this motion, any ruling on this motion, and all related paperwork until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials could jeopardize the security of witnesses and the integrity of the government's ongoing investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
    GLENN A. MACKINLAY
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document:

Paul Garrity, Esq.

This 14th day of December, 2005.

/s/ Glenn A. Mackinlay
GLENN A. MACKINLAY
ASSISTANT UNITED STATES ATTORNEY