UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

                                                NO. 04-10271-PBS

V.

JUAN RIVERA

MOTION TO CONTINUE

NOW COMES the accused, Juan Rivera, by and through counsel, and hereby moves this

Court to continue his April 6, 2006 sentencing hearing for a period of sixty (60) days.

In support of this Motion, the accused states as follows:

1.      The accused is scheduled to appear in this Court on April 6, 2006 for sentencing.

2.      However, the undersigned counsel needs additional time to address the accused's

        prior convictions.

3.      In addition, the accused's counsel has two Rockingham Superior Court hearings

        on said date  in the case of State v. Monkewicz and State v. Singh.  Further, the

        undersigned counsel has a trial in the Henniker District Court in the case of State

        v. Zingaro and a felony matter in the Lowell Superior Court in the case of

        Commonwealth v. Pacheco.

4.      That the accused is aware of the within Motion.

5.      That the undersigned counsel's office attempted to but was unable to ascertain the

        position of the Government regarding this Motion.

6.      That no Memorandum of Law is necessary.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Juan Rivera,
By his Attorney,


Date:   April 3, 2006              /S/   Paul J. Garrity _____
                                  Paul J. Garrity
                                  14 Londonderry Road
                                  Londonderry, NH 03053
                                  (603)434-4l06
                                  No.  555976

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 3rd day of April, 2006, a copy of the within was e filed  to the United States Attorney's Office and mailed, postage prepaid, to Juan Rivera.


/S/   Paul J. Garrity _____
Paul J. Garrity