UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

NO. 04-10271-PBS

V.

JUAN RIVERA

## MOTION TO RECONSIDER MOTION TO CONTINUE

NOW COMES the accused, Juan Rivera, by and through counsel, and hereby moves this Court to reconsider his motion to continue his April 6, 2006 sentencing hearing for three to four weeks.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on April 6, 2006 for sentencing.

2. However, the undersigned counsel needs additional time to address the accused's prior convictions.

3. The United States Attorney's Office is recommending a three week continuance in order that the accused may cooperate with their office.

4. In addition, the accused's counsel has two Rockingham Superior Court hearings on said date in the case of State v. Monkewicz and State v. Singh. Further, the undersigned counsel has a trial in the Henniker District Court in the case of State v. Zingaro and a felony matter in the Lowell Superior Court in the case of Commonwealth v. Pacheco.

5. That the accused is aware of the within Motion.

6. That the United States Attorneys' Office assents to the within Motion.

7. That the undersigned counsel will be on vacation with his family from April 2l to April 30, 2006.

       8.       That no Memorandum of Law is necessary.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

                              Respectfully submitted,
                              Juan Rivera,
                              By his Attorney,

Date:  April 4, 2006          /S/     Paul J. Garrity
                              Paul J. Garrity
                              14 Londonderry Road
                              Londonderry, NH 03053
                              (603)434-4l06
                              No.  555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 4th day of April, 2006, a copy of the within was e filed  to the United States Attorney's Office and mailed, postage prepaid, to Juan Rivera.

                              /S/     Paul J. Garrity
                              Paul J. Garrity