UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10271-PBS

v.

JUAN RIVERA

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                         April 27, 2006

The Sentencing previously scheduled for May 4, 2006 at 2:00 p.m., has been **rescheduled** to **May 4, 2006, at 9:00 a.m.**

**NOTE: Change is to time only.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc