UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 04-CR-10271-PBS |
| ) | |
| **JUAN RIVERA,** ) | |
| **Defendant** ) | |

### ASSENTED TO MOTION TO CONTINUE SENTENCING

    The United States Attorney, by Michael J. Sullivan, United States Attorney, and Glenn A. MacKinlay, Assistant U.S. Attorney, hereby respectfully requests that the Court continue the sentencing in the above-entitled criminal matter, which is currently scheduled for May 4, 2006, until May 23, 2006, at 2:00 p.m..  The reason for this motion is that the attorney for the government is presently at a national conference out of state.  Defense counsel assents to this continuance.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                By:  */s/ Glenn A. MacKinlay*
                                          GLENN A. MACKINLAY
                                          Assistant U.S. Attorney

Dated:  May 1, 2006