UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

NO. 04-10271-PBS

V.

JUAN RIVERA

MOTION TO RECONSIDER MOTION TO CONTINUE

NOW COMES the accused, Juan Rivera, by and through counsel, and hereby moves this Court to continue his May 26, 2006 sentencing hearing for at least six weeks.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court on May 26, 2006 for sentencing.

2. The accused has been cooperating since his arrest. However, there is additional cooperation that the Government is exploring with the defendant. An Agent just met with the accused yesterday regarding third party cooperation for which the defendant would receive credit if that third party cooperation actually came through. The third party cooperation apparently would not be developed for at least six weeks and where the accused's Guideline rang is so high, the avenue for additional time to explore this other avenue of cooperation would be beneficial to the accused.

3. That the accused is aware of the within Motion.

4. That the United States Attorneys' Office assents to the within Motion.

5. That the undersigned counsel will be on vacation with his family from July l5 to July 30 and August 3 to August 7, 2006.

6. That no Memorandum of Law is necessary.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

        Respectfully submitted,
        Juan Rivera,
        By his Attorney,

Date:  May l9, 2006       /S/     Paul J. Garrity
        Paul J. Garrity
        14 Londonderry Road
        Londonderry, NH 03053
        (603)434-4l06
        No.  555976

## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 19th day of May, 2006, a copy of the within was e filed  to the United States Attorney's Office and mailed, postage prepaid, to Juan Rivera.

        /S/     Paul J. Garrity
        Paul J. Garrity