UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

NO. 04 10271 PBS

V.

JUAN RIVERA

NOTICE OF APPEAL

NOW COMES the defendant, Juan Rivera, and hereby notifies this Court that he hereby appeals his sentencing in the above-entitled matter.

Respectfully submitted,
Juan Rivera,
By his Attorney,

Date: 6/1/06

/s/
Paul J. Garrity
14 Londonderry Road
Londonderry, NH 03053
434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 1st day of June, 2006, a copy of the within was mailed, postage prepaid, to the United States Attorney's Office.

/s/
Paul J. Garrity