Case 1:04-cr-10271-PBS    Document 68-2

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10271-PBS-1

Case title: USA v. Rivera et al                    Date Filed: 09/02/2004
Magistrate judge case number: 1:04-mj-00861-
                              MBB

---

Assigned to: Judge Patti B. Saris
Referred to: Magistrate Judge
Marianne B. Bowler

## Defendant

**Juan Rivera** (1)                      represented by   **Paul J. Garrity**
*TERMINATED: 05/26/2006*                                   14 Londonderry Road
*also known as*                                            Londonderry, NH 03053
Pedro (1)                                                  603-434-4106
*TERMINATED: 05/26/2006*                                   Fax: 603-437-6473
                                                           Email: garritylaw@verizon.net
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: CJA Appointment*

## Pending Counts                          ## Disposition

                                           Defendant is hereby committed to
                                           the custody of the United States
                                           Bureau of Prisons to be
                                           imprisoned for a total term of 170
21:846-F-CONSPIRACY TO                     months. The Court makes a
POSSESS WITH INTENT TO                     recommendation to FCI Ft. Dix to
DISTRIBUTE AND TO                          the 500 Hour Drug Treatment
DISTRIBUTE HEROIN                          Program. Defendant is remanded
(1)                                        to the custody of the United States
                                           Marshal. If deported, defendant is
                                           not to re-enter the United States
                                           without prior permission of the
                                           US Attorney General. The
                                           $600.00 Special Assessment is

due immediately.

21:841(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE, AND DISTRIBUTION OF, HEROIN; 18:2 - AIDING AND ABETTING (2)

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 170 months. The Court makes a recommendation to FCI Ft. Dix to the 500 Hour Drug Treatment Program. Defendant is remanded to the custody of the United States Marshal. If deported, defendant is not to re-enter the United States without prior permission of the US Attorney General. The $600.00 Special Assessment is due immediately.

21:841(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE, AND DISTRIBUTION OF, HEROIN (3-5)

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 170 months. The Court makes a recommendation to FCI Ft. Dix to the 500 Hour Drug Treatment Program. Defendant is remanded to the custody of the United States Marshal. If deported, defendant is not to re-enter the United States without prior permission of the US Attorney General. The $600.00 Special Assessment is due immediately.

21:841(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE, AND DISTRIBUTION OF, HEROIN; 18:2 - AIDING AND ABETTING (6)

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 170 months. The Court makes a recommendation to FCI Ft. Dix to the 500 Hour Drug Treatment Program. Defendant is remanded to the custody of the United States Marshal. If deported, defendant is not to re-enter the United States

without prior permission of the US Attorney General. The $600.00 Special Assessment is due immediately.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

## Highest Offense Level (Terminated)

None

## Complaints

21:846=CD.F, 21:841A=CD.F

## Disposition

## Disposition

Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 170 months. The Court makes a recommendation to FCI Ft. Dix to the 500 Hour Drug Treatment Program. Defendant is remanded to the custody of the United States Marshal. If deported, defendant is not to re-enter the United States without prior permission of the US Attorney General. The $600.00 Special Assessment is due immediately.

## Plaintiff

**USA**                        represented by **Glenn A. MacKinlay**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210

617-748-3215
Fax: 617-748-3965
Email:
glenn.mackinlay@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2004 | 1 | COMPLAINT as to Juan Rivera (1), Alexander Gonzalez (2). (Saccoccio, Dianalynn)[1:04-mj-00861-MBB] (Entered: 07/20/2004) |
| 07/16/2004 | 2 | AFFIDAVIT of Joseph W. Desmond by USA as to Juan Rivera, Alexander Gonzalez 1 Complaint (Saccoccio, Dianalynn)[1:04-mj-00861-MBB] (Entered: 07/20/2004) |
| 07/16/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to Juan Rivera, Alexander Gonzalez held on 7/16/2004; Glenn MacKinley for the govt.; Paul Garrity and Charles McGinty for the defts.; defts. in[1:04formed of charges, rights and right to counsel; Defts. cannot afford counsel and complete the financial affidavit; The court orders the appointment of counsel forthwith; Govt. moves for detention and continuance; The matter of detention and prelimina[1:04ry examination is set for Tuesday, July 20, 2004 at 3:15 PM; defts. remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn)[1:04-mj-00861-MBB] (Entered: 07/20/2004) |
| 07/16/2004 | 3 | CJA 23 Financial Affidavit by Juan Rivera (Saccoccio, Dianalynn)[1:04-mj-00861-MBB] (Entered: 07/20/2004) |
| 07/16/2004 | 7 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Juan Rivera : Appointment of Attorney Paul J. Garrity for Juan Rivera. (Saccoccio, Dianalynn)[1:04-mj-00861-MBB] (Entered: 07/26/2004) |
| 07/20/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing as to Juan Rivera and Alexander Gonzalez held on 7/20/2004, Preliminary Examination as to Juan Rivera and Alexander Gonzalez held on 7/20/2004; Glen[1:04n MacKinley for the govt.; Paul Garrity and Charles McGinty for the defts.; Govt. calls Sp. Agent Paul Gazzara to testify; Witness is cross examined by |

| | | |
|---|---|---|
| | | counsel for the deft. Rivera; Court suspends hearing to continue the matter to July 22, 2004 at 3:[1:0415 PM; Defts. remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn)[1:04-mj-00861-MBB] (Entered: 07/20/2004) |
| 07/22/2004 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Continued Detention Hearing as to Juan Rivera and Alexander Gonzalez held on 7/22/2004; Continued Preliminary Examination as to Juan Rivera and Alexander Gonzalez hel[1:04d on 7/22/2004; Glenn MacKinlay for the govt.; Paul Garrity and Charles McGinty for the defts.; Sp. Agent Gazzara takes the stand and continues to be cross examined by Atty. McGinty; Govt. moves for the court to find probable cause and detain both de[1:04fts.; Counsel for deft. Rivera asks for the court to find no probable cause; Court notes that no pretrial services report has been completed and the court cannot consider release; Counsel for deft. Gonzalez asks the court to find no probable cause an[1:04d for release with conditions and calls a potential third party custodian to testify; The court does find probable cause as to both defts.; Court takes the matter of detention under advisement and asks that counsel for defts. work with pretrial to pu[1:04t together a release package; The defts. are remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn)[1:04-mj-00861-MBB] (Entered: 07/22/2004) |
| 07/22/2004 | ❷6 | EXHIBIT/WITNESS LIST by USA, Alexander Gonzalez as to Juan Rivera, Alexander Gonzalez (Saccoccio, Dianalynn) [1:04-mj-00861-MBB] (Entered: 07/22/2004) |
| 08/04/2004 | ❸ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Continued Detention Hearing as to Juan Rivera held on 8/4/2004; Glenn MacKinlay for the govt.; Paul Garrity for the deft.; Joshua Ulrich for Pretrial Services; Couns [1:04el for the deft. addresses the court as to the pretrial report and asks that the deft. be released to a treatment program; Court addresses the options and counsel for the deft. consents to voluntary detention without prejudice; The court will enter t [1:04he order forthwith. (Tape #Digital.) (Saccoccio, Dianalynn)[1:04-mj-00861-MBB] (Entered: 08/04/2004) |
| 08/04/2004 | ❷8 | Judge Marianne B. Bowler : ORDER entered ORDER OF VOLUNTARY DETENTION WITHOUT PREJUDICE as to Juan Rivera (Bowler, Marianne)[1:04-mj-00861-MBB] |

| | | |
|---|---|---|
| | | (Entered: 08/04/2004) |
| 09/02/2004 | 9 | INDICTMENT as to Juan Rivera (1) count(s) 1, 2-6, Alexander Gonzalez (2) count(s) 1, 2-6. (Diskes, Sheila) (Entered: 09/03/2004) |
| 09/02/2004 | 10 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: PRETRIAL as to Juan Rivera, Alexander Gonzalez (Diskes, Sheila) (Entered: 09/03/2004) |
| 09/14/2004 | 11 | NOTICE OF HEARING as to Juan Rivera and Alexander Gonzalez Arraignment set for 9/22/2004 at 10:30 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 09/14/2004) |
| 09/22/2004 | | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Juan Rivera (1) Counts 1 to 6 and Alexander Gonzalez (2) Counts 1,2 and 6 held on 9/22/2004; Glenn MacKinlay for the govt.; Paul Garrity and Charles McGinty for the defts.; Joshua Ulrich for Pretrial Services; Defts. waive the reading of the indictment in its entirey; Defts. plead not guilty to all counts; The govt. anticipates six to eight witnesses and the trial to last one week; Initial status conference set for November 3, 2004 at 10:45 AM; Atty. McGinty addresses the court concerning possible release conditions for deft. Gonzalez; Govt. addresses the court with its objection to release;Court addresses Pretrial Services and sets conditions of release for deft. Gonzalez. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/22/2004) |
| 09/22/2004 | 14 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Juan Rivera (Patch, Christine) (Entered: 10/14/2004) |
| 10/25/2004 | 15 | NOTICE re automatic disclosure as to Juan Rivera, Alexander Gonzalez (MacKinlay, Glenn) (Entered: 10/25/2004) |
| 11/01/2004 | 16 | MOTION to Continue Status Conference to 12/3, 12/9, 12/16, or 12/17/04 as to Juan Rivera . (Patch, Christine) (Entered: 11/02/2004) |
| 11/02/2004 | 17 | Assented to MOTION for Excludable Delay to as to Juan Rivera, Alexander Gonzalez by USA. (MacKinlay, Glenn) (Entered: 11/02/2004) |
| 11/02/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 16 Motion to Continue until Dec. 3, 2004 at 11:00 |

| | | a.m. as to Juan Rivera(1); granting <u>17</u> Motion to Exclude as to Juan Rivera(1). (Bowler, Marianne) (Entered: 11/02/2004) |
|---|---|---|
| 11/16/2004 | ❏ | Motions terminated for Juan Rivera and Alexander Gonzalez : <u>17</u> MOTION for Excludable Delay filed by USA pursuant to Magistrate Marianne B. Bowler allowing the motion on 11/2/2004. (Saccoccio, Dianalynn) (Entered: 11/16/2004) |
| 11/18/2004 | 18 | Letter (non-motion) regarding Discovery of Recordings as to Juan Rivera, Alexander Gonzalez (MacKinlay, Glenn) (Entered: 11/18/2004) |
| 11/30/2004 | ❏ | Set/Reset Hearings for Juan Rivera and Alexander Gonzalez: Status conference set for 12/3/2004 at 10:45 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler: PLEASE NOTE: TIME CHANGE ONLY. (Saccoccio, Dianalynn) (Entered: 11/30/2004) |
| 12/02/2004 | ❏ | Set/Reset Hearings for Juan Rivera and Alexander Gonzalez: Status conference set for 12/3/2004 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler: PLEASE NOTE: TIME CHANGE ONLY. (Saccoccio, Dianalynn) (Entered: 12/02/2004) |
| 12/03/2004 | 22 | Letter (non-motion) regarding Discovery as to Juan Rivera, Alexander Gonzalez (MacKinlay, Glenn) (Entered: 12/03/2004) |
| 12/03/2004 | ❏ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Initial status conference for Juan Rivera and Alexander Gonzalez held on 12/3/2004; Glenn MacKinlay for the govt.; Paul Garrity and Charles McGinty for the defts.; Initial status report is filed in open court; Counsel for deft. Gonzalez withdraws docket entry #20 in open court; Parties request a date for an interim status conference; Interim status conference set for 1/13/2005 at 2:00 PM; Parties agree to exclude the time from today to 1/13/2005 and the govt. will prepare an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 12/03/2004) |
| 12/03/2004 | 24 | Joint Memorandum regarding initial status conference as to Juan Rivera, Alexander Gonzalez (Hurley, Virginia) (Entered: 12/09/2004) |
| 12/06/2004 | 23 | Assented to MOTION for Excludable Delay to as to Juan Rivera, Alexander Gonzalez by USA. (MacKinlay, Glenn) |

| | | (Entered: 12/06/2004) |
|---|---|---|
| 12/06/2004 | ⊜ | Judge Marianne B. Bowler: Electronic ORDER entered granting 23 Motion to Exclude as to Juan Rivera(1) and Alexander Gonzalez(2). (Bowler, Marianne) (Entered: 12/06/2004) |
| 01/11/2005 | ⊜ | Set/Reset Hearings for Juan Rivera and Alexander Gonzalez: Interim status conference set for 1/13/2005 at 2:45 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; PLEASE NOTE: TIME CHANGE ONLY. (Saccoccio, Dianalynn) (Entered: 01/11/2005) |
| 01/13/2005 | ⊜ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Interim status conference for Juan Rivera and Alexander Gonzalez held on 1/13/2005; Glenn MacKinlay for the govt.; Paul Garrity and Charles McGinty for the defts.; Counsel for the defts. request a date in six weeks for a final status and the govt. is amenable; A final status conference is set for 3/7/2005 at 2:30 PM; Parties agree to exclude the time from today to 3/7/2005 and the govt. will file an assented to motion.(Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 01/13/2005) |
| 01/13/2005 | ⊜25 | Assented to MOTION for Excludable Delay to as to Juan Rivera, Alexander Gonzalezby USA. (MacKinlay, Glenn) (Entered: 01/13/2005) |
| 01/14/2005 | ⊜ | Judge Marianne B. Bowler: Electronic ORDER entered granting 25 Motion to Exclude as to Juan Rivera(1) and Alexander Gonzalez(2). (Bowler, Marianne) (Entered: 01/14/2005) |
| 03/07/2005 | ⊜ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Final status conference for Juan Rivera and Alexander Gonzalez held on 3/7/2005; Glenn MacKinlay for the govt., Paul Garrity and Charles McGinty for the defts.; Counsel for the defts. request additional time and the govt. is amenable to the request; A further status conference is set for 4/13/2005 at 2:30 PM; Parties agree to exclude the time from today to 4/13/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 03/08/2005) |
| 03/08/2005 | ⊜26 | Assented to MOTION for Excludable Delay to as to Juan Rivera, Alexander Gonzalezby USA. (MacKinlay, Glenn) |

| | | |
|---|---|---|
| | | (Entered: 03/08/2005) |
| 03/09/2005 | ◉ | Judge Marianne B. Bowler: Electronic ORDER entered granting 26 Motion to Exclude as to Juan Rivera(1) and Alexander Gonzalez(2). (Bowler, Marianne) (Entered: 03/09/2005) |
| 04/13/2005 | ◉ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Juan Rivera and Alexander Gonzalez held on 4/13/2005; Glenn MacKinlay for the govt.; Paul Garrity and Charles McGinty for the defts.; Counsel for the defts. request that a final status conference is set 60 days from today and the govt. is amenable to the request; A final status conference is set for 6/15/2005 at 2:30 PM; Parties agree to exclude the time from today to 6/15/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 04/13/2005) |
| 04/18/2005 | ◉27 | Assented to MOTION for Excludable Delay from April 13, 2005 to June 15, 2005 as to Juan Rivera, Alexander Gonzalezby USA. (MacKinlay, Glenn) (Entered: 04/18/2005) |
| 04/19/2005 | ◉ | Judge Marianne B. Bowler: Electronic ORDER entered granting 27 Motion to Exclude as to Juan Rivera(1) and Alexander Gonzalez(2). (Bowler, Marianne) (Entered: 04/19/2005) |
| 06/15/2005 | ◉28 | Assented to MOTION to Continue as to Juan Rivera, Alexander Gonzalezby USA. (MacKinlay, Glenn) (Entered: 06/15/2005) |
| 06/15/2005 | ◉ | Judge Marianne B. Bowler: Electronic ORDER entered granting 28 Motion to Continue as to Juan Rivera(1) and Alexander Gonzalez(2). (Bowler, Marianne) (Entered: 06/15/2005) |
| 06/15/2005 | ◉ | Set/Reset Hearings for Juan Rivera and Alexander Gonzalez: Final status conference set for 7/29/2005 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 06/15/2005) |
| 06/20/2005 | ◉ | Comment regarding further status conference for Juan Rivera and Alexander Gonzalez: Further status conference has been set for 6/29/2005 at 2:30 PM and NOT for 7/29/2005 at 2:30 PM. (Saccoccio, Dianalynn) (Entered: 06/20/2005) |

| 06/21/2005 | ⊕29 | MOTION to Continue as to Juan Rivera. (Garrity, Paul) (Entered: 06/21/2005) |
|---|---|---|
| 06/27/2005 | ⊕30 | Assented to MOTION for Excludable Delay from June 15, 2005 to September 8, 2005 as to Juan Rivera, Alexander Gonzalezby USA. (MacKinlay, Glenn) (Entered: 06/27/2005) |
| 06/28/2005 | ⊕ | Judge Marianne B. Bowler: Electronic ORDER entered granting 29 Motion to Continue as to Juan Rivera(1) and granting 30 Motion to Exclude as to Juan Rivera(1) and Alexander Gonzalez(2). A status conference is set for September 8, 2005, at 2:30 p.m. No additional notice will be sent to counsel. (Bowler, Marianne) (Entered: 06/28/2005) |
| 09/08/2005 | ⊕ | Electronicclerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler:Status Conference for Juan Rivera and Alexander Gonzalez held on 9/8/2005; Glenn MacKinlay for the govt., Michael Tumposky for deft. Juan Rivera and Charles McGinty for deft. Alexander Gonzalez; The parties report to the court that discovery is ongoing and request a final status conference be scheduled for one month; The court sets a final status conference for 10/6/05 at 2:30 PM; The parties agree to exclude the time and the govt. will file an assented to motion forthwith. (Filo, Jennifer) (Entered: 09/26/2005) |
| 10/05/2005 | ⊕41 | Assented to MOTION for Excludable Delay from September 8, 2005 to October 6, 2005 as to Juan Rivera, Alexander Gonzalezby USA. (MacKinlay, Glenn) (Entered: 10/05/2005) |
| 10/06/2005 | ⊕ | Judge Marianne B. Bowler: Electronic ORDER entered granting 41 Motion to Exclude as to Juan Rivera(1). (Bowler, Marianne) (Entered: 10/06/2005) |
| 10/06/2005 | ⊕ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Juan Rivera and Alexander Gonzalez held on 10/6/2005; Glenn MacKinlay for the govt.; Paul Garrity and Charles McGinty for the defts.; The govt. submits a copy of a joint submission of the parties; The court reviews the submission; The parties indicate that discovery is complete; The court will issue a final status report and return the case to the district judge indicating that there has been no determination if the case will be a trial or if the defts. will change their plea; Counsel for deft. Gonzalez also asks the court to re-open the matter of detention; The court takes a brief recess to have the deft. and Pretrial |

District of Massachusetts-Version 2.5- Docket Report 68-2    Filed 07/11/2006    Page Page 11 of 14

| | | Services present at the proceeding. (Digital Recording #2:35 PM-2:45 PM.) (Saccoccio, Dianalynn) (Entered: 10/06/2005) |
|---|---|---|
| 10/07/2005 | ❂42 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Juan Rivera, Alexander Gonzalez (MacKinlay, Glenn) (Entered: 10/07/2005) |
| 10/11/2005 | ❂43 | Magistrate Judge Marianne B. Bowler: ORDER entered; REPORT AND ORDER on Final Status Conference for Juan Rivera and Alexander Gonzalez (Saccoccio, Dianalynn) (Entered: 10/11/2005) |
| 10/13/2005 | ❂44 | NOTICE OF INITIAL PRETRIAL CONFERENCE as to Juan Rivera, Alexander Gonzalez. Initial Pretrial Conference set for 11/22/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 10/13/2005) |
| 11/22/2005 | ❂ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Initial Pretrial Conference as to Juan Rivera and Alexander Gonzalez held on 11/22/2005. Change of Plea Hearing as to Juan Rivera set for 12/14/2005 at 2:30 PM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference as to Alexander Gonzalez set for 2/16/2006 at 4:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial as to Alexander Gonzalez set for 2/27/2006 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/22/2005) |
| 12/14/2005 | ❂ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Juan Rivera held on 12/14/2005. Defense counsel requests a continuance. Change of Plea Hearing rescheduled to 1/6/2006 at 4:30 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 12/14/2005) |
| 01/06/2006 | ❂ | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris :Change of Plea Hearing as to Juan Rivera held on 1/6/2006. Plea entered by Juan Rivera (1) Guilty Count 1,2,3-5,6. Sentencing set for 4/6/2006 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 01/06/2006) |
| 01/06/2006 | ❂48 | Judge Patti B. Saris : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Juan Rivera Sentencing set for 4/6/2006 03:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 01/11/2006) |

https://ecf.mad.circ1.dcn/cgi-bin/DktRpt.pl?764261545937721-L_923_0-1    7/11/2006

| 01/06/2006 | ●49 | MOTION to Seal as to Juan Rivera by USA. (Patch, Christine) (Entered: 01/12/2006) |
|---|---|---|
| 01/06/2006 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 49 Motion to Seal as to Juan Rivera (1) (Patch, Christine) (Entered: 01/12/2006) |
| 01/06/2006 | ●50 | PLEA AGREEMENT as to Juan Rivera, filed under seal. (Patch, Christine) (Entered: 01/12/2006) |
| 01/09/2006 | ●47 | NOTICE *of Timely Acceptance of Responsibility* by USA as to Juan Rivera (MacKinlay, Glenn) (Entered: 01/09/2006) |
| 04/03/2006 | ●56 | MOTION to Continue to June 2, 2006 to sentencing as to Juan Rivera. (Garrity, Paul) (Entered: 04/03/2006) |
| 04/04/2006 | ● | Judge Patti B. Saris: Electronic ORDER entered denying 56 MOTION to Continue to June 2, 2006 to sentencing as to Juan Rivera. "Denied. Sixty days is too long. If there is a conflict with a trial, you can adjust the date of sentencing within the week." (Alba, Robert) (Entered: 04/04/2006) |
| 04/04/2006 | ●57 | MOTION for Reconsideration re 56 MOTION to Continue to June 2, 2006 to sentencing filed by Juan Rivera, as to Juan Rivera. (Garrity, Paul) (Entered: 04/04/2006) |
| 04/04/2006 | ● | Judge Patti B. Saris: Electronic ORDER entered allowing 57 MOTION for Reconsideration re 56 MOTION to Continue to June 2, 2006 to sentencing filed by Juan Rivera, as to Juan Rivera. "Allowed. The Sentencing is rescheduled to May 4, 2006, at 2:00 p.m." (Alba, Robert) (Entered: 04/04/2006) |
| 04/04/2006 | ● | Reset Hearings as to Juan Rivera: Sentencing reset to 5/4/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 04/04/2006) |
| 04/27/2006 | ●58 | NOTICE OF RESCHEDULED SENTENCING as to Juan Rivera. The Sentencing previously scheduled for May 4, 2006 at 2:00 p.m., has been rescheduled to May 4, 2006, at 9:00 a.m. NOTE: Change is to time only. (Alba, Robert) (Entered: 04/27/2006) |
| 05/01/2006 | ●59 | Assented to MOTION to Continue *Sentencing* as to Juan Rivera by USA. (MacKinlay, Glenn) (Entered: 05/01/2006) |
| 05/02/2006 | ● | Judge Patti B. Saris: Electronic ORDER entered regarding 59 Assented to MOTION to Continue Sentencing as to Juan Rivera by USA. "THE SENTENCING IS CONTINUED TO |

| | | FRIDAY, MAY 26, 2006, AT 2:00 P.M." (Alba, Robert) (Entered: 05/02/2006) |
|---|---|---|
| 05/19/2006 | 61 | MOTION to Continue to July, 2006 to sentencing as to Juan Rivera. (Garrity, Paul) (Entered: 05/19/2006) |
| 05/22/2006 | ● | Judge Patti B. Saris: Electronic ORDER entered denying 61 Motion to Continue Sentencing as to Juan Rivera. "DENIED. HOWEVER, I WILL CONTINUE THE SENTENCING IF APPROPRIATE AFTER HEARING. THIS IS AN OLD CASE." (Alba, Robert) (Entered: 05/22/2006) |
| 05/25/2006 | 66 | Sealed MOTION as to Juan Riveraby USA. (Patch, Christine) (Entered: 05/31/2006) |
| 05/26/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 5/26/2006 for Juan Rivera on Counts 1, 2, 3-5, 6. Court sentences defendant to 170 months imprisonment, 96 months supervised release w/conditions, $600 special assessment. Defendant informed of right of appeal. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 05/26/2006) |
| 05/26/2006 | 65 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Juan Rivera (1), 1, 2, 3-5, 6, Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 170 months. The Court makes a recommendation to FCI Ft. Dix to the 500 Hour Drug Treatment Program. Defendant is remanded to the custody of the United States Marshal. If deported, defendant is not to re-enter the United States without prior permission of the US Attorney General. The $600.00 Special Assessment is due immediately. (Patch, Christine) (Entered: 05/31/2006) |
| 05/26/2006 | ● | Judge Patti B. Saris : Electronic ORDER entered granting 66 Sealed Motion as to Juan Rivera (1) (Patch, Christine) (Entered: 05/31/2006) |
| 06/05/2006 | 67 | NOTICE OF APPEAL by Juan Rivera re 65 Judgment,, NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/26/2006. Rec'd for docketing on 6/28/06. (Patch, Christine) (Entered: 06/28/2006) |