UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

NO. 04-10271-PBS

V.

JUAN RIVERA

MOTION FOR SERVICES OTHER THAN COUNSEL

NOW COMES the defendant, Juan Rivera, by and through counsel, and hereby moves this Court to order the transcripts of his May 26, 2006 sentencing hearing for appeal purposes and for payment of same by the Government.

In support of this Motion, the defendant states as follows:

1.    The defendant was sentenced in this Court on May 26, 2006 and an appeal was filed on June 5, 2006.

2.    The defendant is indigent and cannot afford to pay for the transcript in this matter.

WHEREFORE, the accused respectfully requests that this Court grant the within Motion.

Respectfully submitted,
Juan Rivera,
By his Attorney,


Date:  August 2, 2006         /S/      Paul J. Garrity
                              Paul J. Garrity
                              14 Londonderry Road
                              Londonderry, NH 03053
                              (603)434-4l06
                              No.  555976

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 2nd day of August, 2006, a copy of the within was e filed  to the United States Attorney's Office.


/S/      Paul J. Garrity                              
Paul J. Garrity