04-10271
USDC/MA-Bo
Saris, P.

# MANDATE
## United States Court of Appeals
### For the First Circuit

No. 06-2052

UNITED STATES,

Appellee,

v.

JUAN RIVERA,

Defendant, Appellant.

Before

Torruella, Lynch and Howard,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: August 10, 2007

Having carefully reviewed the <u>Anders</u> brief and record, we conclude that there is no non frivolous basis for appeal. Consequently, counsel's motion to withdraw is granted, and the judgment is summarily <u>affirmed</u>.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/13/07

By: MARGARET CARTER
    _____
    Chief Deputy Clerk.

[cc: Glenn Alexander MacKinlay, AUSA, Dina Michael Chaitowitz, AUSA, Paul J. Garrity, Esq., Juan Rivera]