```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
                                        )
UNITED STATES OF AMERICA                )
                                        )
            v.                          )  CRIMINAL ACTION NO. 04-10271-PBS
                                        )
JUAN RIVERA,                            )
                                        )
            Defendant.                  )
_____)

**ORDER**

February 6, 2009

Saris, U.S.D.J.

    The habeas motion pursuant to 28 U.S.C. § 2255 is denied. The government's request for summary dismissal is allowed.

    At sentencing, the Court allowed a motion under U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553 and granted a substantial downward departure from 262 to 170 months. Defendant, who trafficked in heroin, has not established ineffective assistance of counsel as defendant was clearly a career offender with two prior drug distributions. While <u>United States v. Booker</u>, 543 U.S. 220 (January 12, 2005) was in effect at the time of sentencing on May 26, 2006, the substantial decrease in the sentence reflects section 3553(a) factors.

                                        /s/ Patti B. Saris
                                        _____
                                        PATTI B. SARIS
                                        UNITED STATES DISTRICT JUDGE